PS 42
(Rev 07/93)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 03, 2021

SEAN F. McAVOY, CLERK

## United States District Court

### Eastern District of Washington

United States of America            )
                                    )
        vs                          )
                                    )
Bishop, Jonathan                    )    Case No. 2:20CR0051-01-WFN

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Bishop, Jonathan, have discussed with Emely Cubias, Pretrial Services/Probation Officer, modification of my release as follows:

With an approved chaperone or with this assistance of a U.S. Probation Officer, the defendant may have limited access to the internet for employment purposes. All other uses of internet-accessible devices or unauthorized use of the internet remain prohibited.

I consent to this modification of my release conditions and agree to abide by this modification.

X _____ 5/6/21          _____ 5/6/21
Signature of Defendant    Date           Pretrial Services/Probation Officer   Date

Bishop, Jonathan                         Emely Cubias

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                    5/17/21
Signature of Defense Counsel             Date

Amy Rubin

[X]   The above modification of conditions of release is ordered, to be effective on  6-3-21

[ ]   The above modification of conditions of release is not ordered.

_____                    6-3-21
Signature of Judicial Officer            Date

John T. Rodgers