FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 20, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHON WESLEY BISHOP,<br><br>Defendant. | No. 2:20-CR-00051-WFN-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY RELEASE CONDITIONS<br><br>**MOTION GRANTED**<br>**(ECF No. 49)** |

Before the Court is Defendant's Motion to Modify Conditions of Release, **ECF No. 49**. Defendant recites in his motion that neither the United States nor U.S. Probation oppose this request.

Specifically, Defendant is requesting to modify special condition #21 to allow visitation with his 2 minor children.

The Court finding good cause, **IT IS ORDERED** Defendant's Motion, **ECF No. 49,** is **GRANTED**. Special condition #21 is modified to allow the Defendant visitation with his children *provided* the Defendant obtains *prior* approval from U.S. Probation, the mother of the children has no objection, and the visits are supervised by a person approved by U.S. Probation.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED July 20, 2021.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1