PS 42
(Rev 07/93)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 21, 2021

SEAN F. MCAVOY, CLERK

## United States District Court

### Eastern District of Washington

| | |
|---|---|
| United States of America ) | |
| ) | |
| vs ) | |
| ) | |
| Jonathan Bishop ) | Case No. 2:20CR0051-WFN |

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Jonathan Bishop, have discussed with Emely Cubias, Pretrial Services/Probation Officer, modification of my release as follows:

Mr. Bishop is currently under global positioning systems (GPS) monitoring and is subject to home detention. He has been in compliance of this program since his release on June 24, 2020. Based on the length of time and compliance with program rules, this officer respectfully requests Mr. Bishop remain a participant of GPS monitoring, however removing the home detention component adding the curfew conditions as follows:

**Curfew:** The defendant shall be restricted to his residence every day from 9pm to 9am, unless pre-approved by U.S. Probation/Pretrial Services for court, employment, medical, religious and treatment services only.

The U.S. Attorney's Office has no objections to this modification request.

I consent to this modification of my release conditions and agree to abide by this modification.

| x _____ | 7/19/21 | _____ | 7/14/21 |
|---|---|---|---|
| Signature of Defendant | Date | Pretrial Services/Probation Officer | Date |
| Bishop, Jonathan | | Emely Cubias | |

I have reviewed the conditions with my client and concur that this modification is appropriate.

| _____ | 7/20/21 |
|---|---|
| Signature of Defense Counsel | Date |
| Amy Rubin | |

# 2:20 CR-00051-WFN

[X] The above modification of conditions of release is ordered, to be effective on 7-21-21

[ ] The above modification of conditions of release is <u>not</u> ordered.

_____          7-21-21
Signature of Judicial Officer              Date
John T. Rodgers