Amy H. Rubin
Federal Defenders of Eastern Washington and Idaho
10 N Post Suite 700
Spokane, Washington 99201
(509) 624-7606

Attorneys for the Jonathon W. Bishop

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br>  v.<br><br>Jonathon W. Bishop,<br><br>            Defendant. | No. 2:20-CR-0051-WFN<br><br>Defendant's Motion to Modify Conditions of Pretrial Release<br><br>August 13, 2021 @ 6:30 p.m.<br>Without Oral Argument |

Jonathon Bishop, through counsel, Amy H. Rubin for the Federal Defenders of Eastern Washington and Idaho, respectfully moves the Court to modify condition No. 14 of his pretrial release:[1]

> (14) Defendant shall remain in the Eastern District of Washington while the case is pending. By timely motion clearly stating whether opposing counsel and Pretrial Services object to the request, Defendant may be permitted to travel outside this geographical area.

Mr. Bishop request this Court to allow him to leave the Eastern District of Washington on September 3, 2021. He will be traveling to George, WA with his stepfather, mother, and mother's boyfriend for the Dave Matthews concert. The concert will take place on September 3, 2021 at 5:00 pm at the Gorge. He specifically requests permission to be outside of Eastern District of Washington until 2:00 am September 4, 2021, as there may be heavy traffic coming back to Spokane from the venue.[2]

Counsel has conferred with Assistant United States Attorney Ann Wick and Ms. Wick defers to U.S. Probation and the Court. U.S. Probation Emely Cubias, does not object to this motion.

---

[1] *See* ECF No. 27 at 3
[2] USPO Emely Cubias has approved the 9/3/2021 travel request, but condition #14 in ECF No. 27 requires a motion. *See* ECF No., 27 at 3.

Motion to Modify Conditions of Pretrial Release

Dated: August 13, 2021

Respectfully Submitted,

/s/Amy H. Rubin
Amy H. Rubin, WA 618349
Attorneys for Bishop
Federal Defenders of
Eastern Washington and Idaho
10 N Post Suite 700
Spokane, Washington 99201
(509) 624-7606
(509) 747-3539
Email: Amy_Rubin@fd.org

# CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Ann T. Wick, Assistant United States Attorney.

<u>/s/Amy H. Rubin</u>
Amy H. Rubin, WA 618349
Attorneys for Bishop
Federal Defenders of
Eastern Washington and Idaho
10 N Post Suite 700
Spokane, Washington 99201
(509) 624-7606
(509) 747-3539
Email: Amy_Rubin@fd.org