FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 13, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHON WESLEY BISHOP,<br><br>Defendant. | No. 2:20-CR-00051-WFN-1<br><br>ORDER DENYING DEFENDANT'S MOTION TO MODIFY RELEASE CONDITIONS<br><br>**MOTION DENIED AS MOOT (ECF No. 52)** |

Before the Court is Defendant's Motion to Modify Conditions of Release, **ECF No. 52**.

Specifically, Defendant is requesting to modify condition #14 to allow him to travel outside the Eastern District of Washington. However, his proposed travel to "the Gorge" is within the Eastern District of Washington

Therefore, **IT IS ORDERED** Defendant's Motion, **ECF No. 52,** is **DENIED as Moot**.

**IT IS SO ORDERED.**

DATED August 13, 2021.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1