FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 25, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHON WESLEY BISHOP,<br><br>Defendant. | No. 2:20-CR-00051-WFN-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY RELEASE CONDITIONS<br><br>**MOTION GRANTED**<br>**(ECF No. 54)** |

Before the Court is Defendant's Motion to Modify Conditions of Release, **ECF No. 54**. Defendant recites in his motion that both the United States and U.S. Probation defer to the Court.

Specifically, Defendant is requesting to extend his curfew to allow him to attend a concert with his family. Defendant's current curfew is 9:00 p.m., **ECF No. 51**.

The Court finding good cause, **IT IS ORDERED** Defendant's Motion, **ECF No. 54,** is **GRANTED**. Mr. Bishop is authorized to be out past 9:00 p.m. on September 3, 2021. He must be back home no later than 2:00 a.m. on September 4, 2021.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED August 25, 2021.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1