FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 23, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOHNATHON W. BISHOP,<br><br>　　　　　Defendant. | No. 2:20-CR-0051-WFN<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**ECF No. 65** |

　　　　Before the Court is Defendant's Motion to Modify Conditions of Release (ECF No. 65). Neither the United States nor the United States Probation/Pretrial Services Office oppose the Motion. Specifically, Defendant requests that the Court modify Special Condition No. 21, which states that Defendant shall not be in the presence of minors, regardless of his relationship to them, and shall not be within 500 feet of a school or playground or place where minors are known to congregate (ECF No. 27). In support of this modification, Defendant notes that he has maintained complete compliance with his conditions of release for 17 months.

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS
OF RELEASE - 1

For the reasons set forth in the Motion;

**IT IS ORDERED:**

1. Defendant's Motion to Modify Conditions of Release (**ECF No. 65**) is **GRANTED**.

2. Special Condition No. 21 (**ECF Nos. 27, 50**) shall be **MODIFIED** as follows: Defendant shall not be in the presence of minors, regardless of his relationship to the minors, and regardless of the presence of other adults with the following exceptions: (1) Defendant may visit with his children provided that Defendant obtains prior approval from the United States Probation Office, the mother of the children has no objection, and the visits are supervised by a person who is aware of the instant charges and is approved by the United States Probation Office; and (2) Defendant may be in the presence of his sister's children provided that Defendant obtains prior approval from the United States Probation Office, his sister has no objection, and the visits are supervised by a person who is aware of the instant charges and is approved by the United States Probation Office.  . Defendant shall not be within 500 feet of schools or playgrounds or places where minors are known to congregate.

3. All other conditions of release shall remain in effect.

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE - 2

DATED November 23, 2021.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE - 3